EDWARD BOOTE, INC. (PROPRIETOR AND OWNER OF EDWARD BOOTE)
*v.* UNITED STATES

**No. 6536.**—Invoices dated Birmingham, England, July 1943, etc.
Certified July 1943, etc.
Entered at New York, N. Y., July 27, 1943, etc.
Entry No. 702480, etc.

(Decided November 21, 1945)

*B. A. Levett* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

KEEFE, Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.

BLOOMINGDALE BROS. ET AL. *v.* UNITED STATES

**No. 6537.**—Invoices dated Melbourne, Derbyshire, England, April 18, 1942, etc.
Certified April 18, 1942, etc.
Entered at New York, N. Y., June 1, 1942, etc.
Entry No. 752908, etc.

(Decided November 22, 1946)

*John D. Rode* for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

TILSON, Judge: The record upon which the appeals listed in schedule A, hereto attached and made a part hereof, have been submitted for decision shows that the issues herein and the issues in *United States* v. *Pitcairn,* C. A. D. 334, are the same in all material respects, and the record therein has been admitted in evidence herein.

Upon the established facts and following the authority cited, I find and hold the proper dutiable export values of the merchandise covered by said appeals to be the values found by the appraiser, less any additions made by the importers on entry to meet advances made by the appraiser in similar cases then pending on appeal. Judgment will be rendered accordingly.